
| UNITED STATES BANKRUPTCY COURT | New Jersey DISTRICT OF New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): <br> RUTA, John | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years <br> (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years <br> (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): <br> 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 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): <br> 282 Garibaldi Avenue <br> Lodi, New Jersey 07644 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the <br> Principal Place of Business: <br> Bergen | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor <br> (If different from addresses listed above) | |

**Venue:** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)

☐ Individual(s)
☐ Corporation
☐ Partnership
☐ Other

☐ Railroad
☐ Stockbroker
☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☐ Consumer/Non-business    ☐ Business

**Chapter 11, Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☐ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates)**

☐ Debtor estimates that funds will be available for
☐ Debtor estimates that, after any exempt property be no funds available for distribution to unsecure

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-1 |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case # 01-34274 nNLW    Chapter 7
Filed: 8:30 AM, 04/12/01    Newark

Judge: Novalyn L. Winfield
Trustee: John Sywilok

Debtor(s):
    John Ruta

**First Meeting of Creditors**
10:00 AM, May 17, 2001
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

RECEIPT
# 000228631 - DV
08:10 AM, April 16, 2001

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

ORIGINAL

TOTAL PAID: $200.00

From: Eric R. Perkins
3 University Plaza
Suite 506
Hackensack, NJ 07601-0000



(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>RUTA, John | | FORM B1, Page 2 |
|---|---|---|---|

| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor:<br>Christy L. Ruta | Case Number:<br>00-38785 | Date Filed:<br>9/6/00 |
|---|---|---|
| District:<br>New Jersey | Relationship:<br>Ex-wife | Judge:<br>Hon. Gambardella |

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date: _10 April 2001_

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Eric R. Perkins, Esq.
Printed Name of Attorney for Debtor(s)
Nicolette & Perkins
Firm Name
3 University Plaza, Suite 506
Address
Hackensack, New Jersey 07601

201 488 9080
Telephone Number
Date: _10 April 2001_

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  _10 April 2001_
Signature of Attorney for Debtor(s)    Date

## Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition
Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §156.

**UNITED STATES BANKRUPTCY COURT**  New Jersey **DISTRICT OF**  New Jersey

In re:  RUTA, John

Debtor(s)  Case No.  (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 0.00 | | |
| B - Personal Property | X | 4 | 14,525.00 | | |
| C - Property Claimed as Exempt | X | 2 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 153,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | X | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 5 | | 38,703.62 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 4 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 2,200.00 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 1,872.00 |
| Total Number of Sheets of All Schedules | | 23 | | | |
| Total Assets | | | 14,525.00 | | |
| Total Liabilities | | | | 191,703.62 | |



Form B6 A W (12-95)

In re: RUTA, John

Debtor(s)    Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  | Total -> | 0.00 | (Report also on Summary of Schedules) |



Form B6B W (11/99)

In re: **RUTA, John**

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3  Security Deposits with public utilities, telephone companies, landlords and others. | | Security deposit with landlord | | 925.00 |
| 4  Household goods and furnishings including audio, video, and computer equipment. | | Misc. household furnishings | | 500.00 |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Lionel train | | 200.00 |
| 6  Wearing apparel. | | Misc. clothing | | 500.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $

_____ X _____ continuation sheets attached



Form B6 B W (11-95)

In re: RUTA, John

Debtor(s)    Case No.    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7  Furs and jewelry. | | Wristwatch | | 200.00 |
| 8  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Pension plan from Hackensack University Medical Center - Not part of estate pursuant to NJSA 25:1(a) | | 0.00 |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts receivable. | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | | Tax refund for 2000 | | 200.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->    $

_____X_____ continuation sheets attached



Form B6 B/W (11-95)

In re: RUTA, John

Debtor(s)    Case No.                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19  Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21  Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises, and other general intangible. Give particulars. | | Paramedic certification | | 0.00 |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Nissan Pathfinder XE - 50,000 miles Value approx. | | 12,000.00 |
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) | | | Total -> | $ |

X    continuation sheets attached



Form B6 B W (11-95)

In re: **RUTA, John**

Debtor(s)    Case No.                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28  Inventory. | X | | | |
| 29  Animals. | X | | | |
| 30  Crops-growing or harvested. Give particulars. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total -> | $ 14,525.00

_____ continuation sheets attached



Form B6 C-W (11-95)

In re:   RUTA,  John                                                                                      (if known)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)   Case No.

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C § 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Misc. household furnishings | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Misc. clothing | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Lionel train | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Wristwatch | 11 U.S.C. 522(d)(4) | 200.00 | 200.00 |


Form B6C W (9/03?)

In re:  RUTA, John                                                           (if known)
                                    Debtor(s)   Case No.

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Tax refund for 2000 | 11 U.S.C. 522(d)(5) | 200.00 | 200.00 |
| 1995 Nissan Pathfinder XE – 50,000 miles Value approx. | 11 U.S.C. 522(d)(2) | 2,686.00 | 12,000.00 |
| Security deposit with landlord | 11 U.S.C. 522(d)(5) | 925.00 | 925.00 |



Form B6 D W (11-95)

In re:  RUTA, John                                    Debtor(s)  Case No.              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  60-600-039701 | | | VALUE $  12,000.00 | 9,313.97 | 0.00 | |
| First Union National Bank<br>PO Box 50005<br>Roanoke, VA 24040-5005 | | | Lease on 1995 Nissan Pathfinder | | | |
| A/C #  50001920064 | | X | VALUE $  150,000.00 | 141,000.00 | 0.00 | |
| Valley National Bank<br>PO Box 954<br>Wayne, NJ 07474-0954 | | | First mortgage on 87 Washington Avenue, Maywood, NJ | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

Subtotal -> (Total of this page)       150,313.97

Total -> (use only on last page of the completed Schedule D.)       150,313.97

_____Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

Form B6 E W (11/91)

In re:  RUTA, John                                    Debtor(s)  Case No.            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1800 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).
*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  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<br>IRS-Special Procedures<br>PO Box 744<br>Springfield, NJ 07081-0744 | | | For informational purposes | 0.00 | 0.00 | |
| A/C #  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<br>Internal Revenue Service<br>Holtsville, NY 00501 | | | For informational purposes | 0.00 | 0.00 | |
| A/C #  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<br>Office of Attorney General<br>PO Box 112<br>25 W. Market Street<br>Trenton, NJ 08625-0112 | | | For informational purposes | 0.00 | 0.00 | |

Subtotal -> (Total of this page)    0.00

  X   Continuation Sheets attached.

Total -> (use only on last page of the completed Schedule E.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.       (Report total also on Summary of Schedules)

Case 01-34274-NLW    Doc 1    Filed 04/12/01    Entered 04/16/01 08:11:00    Desc
Converted from ECM (9677700)    Page 13 of 39
Form B6E (6/90)

In re:   RUTA, John

Debtor(s)    Case No.    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D |
|---|---|---|---|---|---|---|
| A/C # 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 | | | | 0.00 | 0.00 | |
| State of New Jersey Division of Taxation CN 269 Trenton, NJ 08648 | | | For informational purposes | | | |
| A/C # 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 | | | | 0.00 | 0.00 | |
| U.S. Attorney General Dept. of Justice Constitution & 10th, NW Washington, DC 20530 | | | For informational purposes | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

Subtotal -> (Total of this page)    0.00

Total -> (use only on last page of the completed Schedule E.)

_____ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; If disputed, enter D.    (Report total also on Summary of Schedules)


In re: __RUTA, John_____ ,                               Case No. _____
                   **Debtor**                                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Amy Sauter, Esq.<br>Pescatore & Sauter<br>286 Union St.<br>Hackensack, NJ 07601 | | | legal fees | | | | 2,410.00 |
| ACCOUNT NO. 0954844858<br>BMG Music Service<br>Att: Dymacol<br>3070 Lawson Blvd.<br>PO Box 9017<br>Oceanside, NY 11572-9017 | X | | | | | | 44.03 |
| ACCOUNT NO. 4714623<br>Bell Atlantic Mobile<br>Att: Collection Co. of America<br>306 Washington St.<br>PO Box 329<br>Norwell, MA 02061 | X | | Cellular phone services | | | | 216.14 |
| ACCOUNT NO. 05034078234078089<br>Blockbuster Video - 34078<br>Att: Credit Protection Assoc<br>13355 Noel Rd.<br>Dallas, TX 75240 | X | | | | | | 30.59 |
| ACCOUNT NO. 0171601000171981<br>Bose Retail Kiosk<br>Att: HRS USA<br>PO Box 17602<br>Baltimore, MD 21297-1602 | X | | Credit card | | | | 762.04 |

|  |  | Subtotal | $ | 3,462.80 |
|---|---|---|---|---|
|  |  | Total | $ |  |

___X___ continuation sheets attached.                    (Use only on last page of completed Schedule F.)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9099194<br>Columbia House<br>Att: North Shore Agency<br>PO Box 8901<br>Westbury, NY 11590-8901 | X | | Credit card | | | | 73.08 |
| ACCOUNT NO. 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<br>Commerce Bank/North<br>Att: ChexSystems Collection Dept. C<br>1550 East 79th Street<br>Minneapolis, MN 55425 | | | | | | | 20.16 |
| ACCOUNT NO. 1288333<br>Corporate Receivables, Inc.<br>PO Box 32995<br>Phoenix, AZ 85064-2995 | | | | | | | 615.15 |
| ACCOUNT NO. 5417122596446441<br>First USA Bank, N.A.<br>PO Box 15153<br>Wilmington, DE 19886-5153 | X | | For informational purposes | | | | 0.00 |
| ACCOUNT NO. 5417126798824087<br>First USA Bank, NA<br>PO Box 15153<br>Wilmington, DE 19886-5153 | X | | Credit card | | | | 5,648.90 |
| ACCOUNT NO. 5417122596446441<br>First USA Bank, NA<br>PO Box 15548<br>Wilmington, DE 19886-5548 | X | | Credit card | | | | 9,014.60 |
| ACCOUNT NO. 5447195140145903<br>Fleet Credit Card Services<br>PO Box 961<br>Horsham, PA 19044 | X | | Credit card | | | | 5,855.39 |

| | | |
|---|---|---|
| Subtotal | $ | 21,227.28 |
| Total | $ | |

___X___ continuation sheets attached.    (Use only on last page of completed Schedule F.)


In re: __RUTA, John__                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0171601000171981<br><br>HRS USA<br>PO Box 17602<br>Baltimore, MD 21297-1602 | | | | | | | 650.00 |
| ACCOUNT NO. rutajo-01<br><br>Hackensack Pediatrics<br>Mona M. Tantawi, MD, PC<br>177 Summit Ave.<br>Hackensack, NJ 07601 | | X | Medical services for Jason and Thomas | | | | 325.00 |
| ACCOUNT NO. 4636221<br><br>Hackensack Radiology Group<br>777 Terrace Ave., 5th floor<br>Hasbrouck Heights, NJ 07604 | | X | Medical services for Nicholas Ruta | | | | 37.00 |
| ACCOUNT NO. 000491749<br><br>Hackensack Univ. Med. Ctr.<br>Att: Parker-Smith<br>322 Bergen Blvd.<br>Palisades Park, NJ 07650 | | X | Medical services | | | | 67.50 |
| ACCOUNT NO. 1958282<br><br>Home Depot (GE Capital)<br>Att: Client Services, Inc.<br>221 Point West Blvd.<br>St. Charles, MO 63301 | | | For informational purposes | | | | 0.00 |
| ACCOUNT NO. 5329021168037785<br><br>MBNA America<br>NJ State Nurses Association<br>PO Box 156137<br>Wilmington, DE 19886-5137 | | X | Credit card | | | | 6,537.66 |
| ACCOUNT NO. 401346<br><br>NJ Anesthesia Group, PA<br>PO Box 1593<br>Secaucus, NJ 07096-1593 | | X | Medical services | | | | 150.00 |

|  |  |
|---|---|
| Subtotal | $ 7,767.16 |
| Total | $ |

____X____ continuation sheets attached.

(Use only on last page of completed Schedule F.)



In re: RUTA, John _____ , Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3808 <br> North Jersey Primary Care <br> PO Box 34062 <br> Newark, NJ 07189-0062 | | X | Medical services for Nicholas | | | | 75.00 |
| ACCOUNT NO. 163449-1 <br> Open MRI of Paramus <br> Att: North Eastern Asset Recov <br> PO Box 209 <br> Thornwood, NY 10594 | | X | Medical services | | | | 75.64 |
| ACCOUNT NO. A24516010255711 <br> Quest Diagnostics <br> Att: AMCA Collection <br> 2269 S. Saw Mill River Rd. <br> Bldg. 3 <br> Elmsford, NY 10523 | | X | Medical services | | | | 516.01 |
| ACCOUNT NO. <br> Quest Diagnostics Inc. <br> PO Box 64813 <br> Baltimore, MD 21264-4813 | | X | Medical services | | | | 229.62 |
| ACCOUNT NO. 036062635392 2 <br> Sears <br> 35 Congress St. <br> Salem, MA 01970 | | X | Credit card | | | | 2,754.66 |
| ACCOUNT NO. 698-342-32 <br> Stern's <br> PO Box 4591 <br> Carol Stream, IL 60197-4591 | | X | Credit card | | | | 547.27 |
| ACCOUNT NO. 5171190200809 <br> The Home Depot <br> PO Box 105980 Dept. 41 <br> Atlanta, GA 30353-5980 | | X | Credit card | | | | 707.91 |

|  | | Subtotal | $ | 4,906.11 |
|---|---|---|---|---|
|  | | Total | $ | |

_____ X _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)



FORM B6F

In re: RUTA, John _____ ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000020033511021<br><br>The Wiz<br>Att: HRS USA<br>PO Box 17602<br>Baltimore, MD 21297-1602 | X | | Credit card | | | | 1,041.77 |
| ACCOUNT NO. 009634033<br><br>USAA<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 | | | | | | | 298.50 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| Subtotal | $ | 1,340.27 |
| Total | $ | 38,703.62 |

_____ continuation sheets attached.    (Use only on last page of completed Schedule F.)

Form B6 G W (11-95)

In re:  RUTA, John                                              Debtor(s)  Case No.                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |



Form B6 H (11/99)

In re:   RUTA, John                                          Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christy Ruta<br>87 Washington Ave<br>Maywood, NJ 07607 | BMG Music Service<br>Att: Dymacol<br>3070 Lawson Blvd.<br>PO Box 9017<br>Oceanside, NY 11572-9017 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Blockbuster Video - 34078<br>Att: Credit Protection Assoc<br>13355 Noel Rd.<br>Dallas, TX 75240 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Columbia House<br>Att: North Shore Agency<br>PO Box 8901<br>Westbury, NY 11590-8901 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | First USA Bank, N.A.<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | First USA Bank, NA<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | First USA Bank, NA<br>PO Box 15548<br>Wilmington, DE 19886-5548 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Fleet Credit Card Services<br>PO Box 961<br>Horsham, PA 19044 |

 Form B6H (11-93)

In re:   RUTA, John                                    Debtor(s)  Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Hackensack Pediatrics<br>Mona M. Tantawi, MD, PC<br>177 Summit Ave.<br>Hackensack, NJ 07601 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Hackensack Radiology Group<br>777 Terrace Ave., 5th floor<br>Hasbrouck Heights, NJ 07604 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Hackensack Univ. Med. Ctr.<br>Att: Parker-Smith<br>322 Bergen Blvd.<br>Palisades Park, NJ 07650 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | MBNA America<br>NJ State Nurses Association<br>PO Box 156137<br>Wilmington, DE 19886-5137 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | NJ Anesthesia Group, PA<br>PO Box 1593<br>Secaucus, NJ 07096-1593 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | North Jersey Primary Care<br>PO Box 34062<br>Newark, NJ 07189-0062 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Open MRI of Paramus<br>Att: North Eastern Asset Recov<br>PO Box 209<br>Thornwood, NY 10594 |

Form B6 H W (11-95)

In re:   RUTA, John                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Quest Diagnostics<br>Att: AMCA Collection<br>2269 S. Saw Mill River Rd.<br>Bldg. 3<br>Elmsford, NY 10523 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Quest Diagnostics Inc.<br>PO Box 64813<br>Baltimore, MD 21264-4813 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Sears<br>35 Congress St.<br>Salem, MA 01970 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | Stern's<br>PO Box 4591<br>Carol Stream, IL 60197-4591 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | The Home Depot<br>PO Box 105980 Dept. 41<br>Atlanta, GA 30353-5980 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 07607 | The Wiz<br>Att: HRS USA<br>PO Box 17602<br>Baltimore, MD 21297-1602 |
| Christy Ruta<br>87 Washington Ave.<br>Maywood, NJ 107607 | Bell Atlantic Mobile<br>Att: Collection Co. of America<br>306 Washington St.<br>PO Box 329<br>Norwell, MA 02061 |

 Form B6H (1-95)

In re:    RUTA, John                                    Debtor(s)  Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christy Ruta<br>87 Washington Avenue<br>Maywood, NJ 07607 | Bose Retail Kiosk<br>Att: HRS USA<br>PO Box 17602<br>Baltimore, MD 21297-1602 |
| Christy Ruta<br>87 Washington Avenue<br>Maywood, NJ 07607 | Valley National Bank<br>PO Box 954<br>Wayne, NJ 07474-0954 |

Form B6 I W (11-95)

In re: RUTA, John

Debtor(s)    Case No.                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Debtor's Marital Status** | **NAMES** | **AGE** | **RELATIONSHIP** |
| Divorced | Nicholas | 6 | Son |
| | Jason | 4 | Son |
| | Thomas | 1 | Son |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Hackensack Univ. Medical Center | |
| How long employed | Since May 1994 | |
| Address of Employer | Prospect Street<br>Hackensack, NJ 07601 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,800.00 | $ 0.00 |
| Estimate monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | $ 2,800.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 600.00 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 600.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,200.00 | $ 0.00 |
| | | |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 2,200.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ 2,200.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



Form B6 J W (11-95)

In re: RUTA, John

Debtor(s)   Case No.   (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home) | | $ 525.00 |
| Are real estate taxes included? ☐ Yes ☐ No   Is property insurance included? ☐ Yes ☐ No | | |
| Utilities Electricity and Heating Fuel | | 0.00 |
| Water and Sewer | | 0.00 |
| Telephone | | 0.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Home maintenance (repairs and upkeep) | | 0.00 |
| Food | | 200.00 |
| Clothing | | 0.00 |
| Laundry and dry cleaning | | 0.00 |
| Medical and dental expenses | | 0.00 |
| Transportation (not including car payments) | | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 0.00 |
| Charitable contributions | | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | 0.00 |
| Life | | 0.00 |
| Health | | 0.00 |
| Auto | | 100.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | 0.00 |
| | | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ | |
| Auto | $ | 227.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Alimony, maintenance, and support paid to others | | 820.00 |
| Payments for support of additional dependents not living at your home | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,872.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | | 0.00 |
| B. Total projected monthly expenses | | 0.00 |
| C. Excess income (A minus B) | $ | 0.00 |
| D. Total amount to be paid into plan each | $ | 0.00 |
| (Interval) | | |

In re:   RUTA, John
_____
                                    Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                                                    (Total shown on summary page plus 1.)

Date  6 April 2001                    Signature_____
                                               RUTA, John                          Debtor
Date                                  Signature_____
                                                                        (Joint Debtor, if any)
                                      (If joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date                    Signature_____

                                   (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

New Jersey DISTRICT OF   New Jersey

In re:   RUTA, John

Debtor(s)    Case No.

**STATEMENT OF FINANCIAL AFFAIRS**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE

| | **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 39,937.00 | Income for 1999 |
| 40,481.71 | Income for 2000 |
| 9,000.00 | Estimated income for 2000 to date |

NONE

|X| **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| | **4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| John Ruta v. Christy L. Ruta #FM-2-1496-99 | Divorce decree | Superior Court of NJ, Chancery Division, Family Part, Bergen County | Granted 3/6/00 |

NONE

|X| **4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  **5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  **7. GIFTS**

List all gifts of charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| |  **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Nicolette & Perkins, P.A. 3 University Plaza, 5th floor Hackensack, NJ 07601 | March 2001 | See 2016 Affidavit |

NONE

| | **10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR** | **DATE** | **DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED** |
|---|---|---|
| Christy L. Ruta<br>98 Washington Ave.<br>Maywood, NJ 07607 | 3/6/2000 | 98 Washington Ave.<br>Maywood, NJ 07607<br><br>Martial residence to ex-wife as part of property settlement |

NONE

| | **11. CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **NAME AND ADDRESS OF INSTITUTION** | **TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE** | **AMOUNT AND DATE OF SALE OR CLOSING** |
|---|---|---|
| Commerce Bank | Checking account | 1/31/01 - $0.00 balance |

NONE

|X| **12. SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **13. SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **14. PROPERTY HELD FOR ANOTHER PERSON**

NONE    List all property owned by another person that the debtor holds or controls.

| | **15. PRIOR ADDRESS OF DEBTOR**

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 87 Washington Ave.<br>Maywood, NJ 07607 | same | to October 1999 |
| 28 Squaw Brook Rd.<br>North Haledon, NJ 07508-2512 | same | from  10/99 to 10/00 |

**15. PRIOR ADDRESS OF DEBTOR**

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 282 Garibaldi Avenue<br>Lodi, NJ 07644 | same | from 10/00 to<br>present |



W (11-95)

In re: RUTA, John

                                        Debtor(s) Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *10 April 2001*                Signature _____
                                                    RUTA, John                    Debtor

Date _____            Signature _____
                                                              (Joint Debtor, if any)
                                (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
Signature of Bankruptcy Petition Preparer                              Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____, (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date _____            Signature _____

                                (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY :
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



# UNITED STATES BANKRUPTCY COURT   New Jersey **DISTRICT OF**   New Jersey

In
re:   RUTA, John

           Debtor(s)   Case No.       (If known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in comtemplation of and in connection
        with this case                                $    1,000.00

    (b) prior to filing this statement, debtor(s) have paid        $    1,000.00

    (c) the unpaid balance due and payable is             $       0.00

(3) $     200.00        of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

    (9) Attorney for the Debtor reserves the right to charge for services
    rendered subsequent to the first meeting of creditors, as for example,
    in the event of any objections to discharge, complaints to determine
    dischargeability of debts and any other adversary proceeding.

Dated:   10 April 2001       **Respectfully submitted,**                     **Attorney for Petitioner**

**Attorney's name and address**                 _____ Perkins, Esq.

         Nicolette & Perkins, 3 University Plaza, Hackensack, NJ 07601


## Form 8. **INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**UNITED STATES BANKRUPTCY COURT**        New Jersey **DISTRICT OF**   New Jersey

In re: RUTA, John

| | |
|---|---|
| **Debtor(s)  Case No.** | **(If known)** |
| **Chapter**   7 | |

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of property**                    **Creditor's name**

NONE

*b. Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Misc. household furnishings | | X | | |
| Misc. clothing | | X | | |
| Lionel train | | X | | |
| wristwatch | | X | | |
| Pension plan | | X | | |
| Tax refund for 2000 | | X | | |
| 1995 Nissan Pathfinder XE | First Union National Bank | X | | |

Date:

RUTA, John  Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____

   Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Amy Sauter, Esq.
Pescatore & Sauter
286 Union St.
Hackensack, NJ 07601


BMG Music Service
Att: Dymacol
3070 Lawson Blvd.
PO Box 9017
Oceanside, NY 11572-9017


Bell Atlantic Mobile
Att: Collection Co. of America
306 Washington St.
PO Box 329
Norwell, MA 02061


Blockbuster Video - 34078
Att: Credit Protection Assoc
13355 Noel Rd.
Dallas, TX 75240


Bose Retail Kiosk
Att: HRS USA
PO Box 17602
Baltimore, MD 21297-1602


Columbia House
Att: North Shore Agency
PO Box 8901
Westbury, NY 11590-8901


Commerce Bank/North
Att: ChexSystems Collection
Dept. C
1550 East 79th Street
Minneapolis, MN 55425


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064-2995


First USA Bank, N.A.
PO Box 15153
Wilmington, DE 19886-5153

First USA Bank, NA
PO Box 15153
Wilmington, DE 19886-5153


First USA Bank, NA
PO Box 15548
Wilmington, DE 19886-5548


First Union National Bank
PO Box 50005
Roanoke, VA 24040-5005


Fleet Credit Card Services
PO Box 961
Horsham, PA 19044


HRS USA
PO Box 17602
Baltimore, MD 21297-1602


Hackensack Pediatrics
Mona M. Tantawi, MD, PC
177 Summit Ave.
Hackensack, NJ 07601


Hackensack Radiology Group
777 Terrace Ave., 5th floor
Hasbrouck Heights, NJ 07604


Hackensack Univ. Med. Ctr.
Att: Parker-Smith
322 Bergen Blvd.
Palisades Park, NJ 07650


Home Depot (GE Capital)
Att: Client Services, Inc.
221 Point West Blvd.
St. Charles, MO 63301

IRS-Special Procedures
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Holtsville, NY 00501


MBNA America
NJ State Nurses Association
PO Box 156137
Wilmington, DE 19886-5137


NJ Anesthesia Group, PA
PO Box 1593
Secaucus, NJ 07096-1593


North Jersey Primary Care
PO Box 34062
Newark, NJ 07189-0062


Office of Attorney General
PO Box 112
25 W. Market Street
Trenton, NJ 08625-0112


Open MRI of Paramus
Att: North Eastern Asset Recov
PO Box 209
Thornwood, NY 10594


Quest Diagnostics
Att: AMCA Collection
2269 S. Saw Mill River Rd.
Bldg. 3
Elmsford, NY 10523


Quest Diagnostics Inc.
PO Box 64813
Baltimore, MD 21264-4813

Sears
35 Congress St.
Salem, MA 01970


State of New Jersey
Division of Taxation
CN 269
Trenton, NJ 08648


Stern's
PO Box 4591
Carol Stream, IL 60197-4591


The Home Depot
PO Box 105980 Dept. 41
Atlanta, GA 30353-5980


The Wiz
Att: HRS USA
PO Box 17602
Baltimore, MD 21297-1602


U.S. Attorney General
Dept. of Justice
Constitution & 10th, NW
Washington, DC 20530


USAA
9800 Fredericksburg Road
San Antonio, TX 78288


Valley National Bank
PO Box 954
Wayne, NJ 07474-0954